AO 442 (Rev. 11/11) Arrest Warrant

UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00068 |
| Anthony Michael Mazzio Jr. | ) Assigned To: Judge Zia M. Faruqui |
| | ) Assign. Date: 3/22/2022 |
| | ) Description: Complaint with Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Anthony Michael Mazzio Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Zia M. Faruqui
2022.03.22 21:19:27 -04'00'

Date: 03/22/2022
*Issuing officer's signature*

City and state: Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* March 25, 2022, and the person was arrested on *(date)* April 4, 2022
at *(city and state)* Dothan, Alabama.

Date: April 4, 2022

*Arresting officer's signature*

Zac Roberts, FBI Special Agent
*Printed name and title*