## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO.** |
| | : | |
| | : | **MAGISTRATE NO. 22-mj-68** |
| **ANTHONY MICHAEL MAZZIO JR,** | : | |
| **Defendant.** | : | |
| | : | **VIOLATIONS:** |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | | **(Parading, Demonstrating, or Picketing in a Capitol Building)** |

# I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

## COUNT ONE

On or about January 6, 2021, in the District of Columbia, **ANTHONY MICHAEL MAZZIO JR** did willfully and knowingly entered the U.S. Capitol Building knowing that that he did not have permission to do so and while inside the Capitol, defendant willfully and knowingly paraded, demonstrated, or picketed.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

Respectfully submitted,
MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _____
JACQUELINE SCHESNOL
Assistant United States Attorney,
detailed to the United States Attorney's Office
for the District of Columbia
601 D Street, N.W.
Washington, DC 20530