IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| V.  ) | CASE NO.: 1:22-cr-214-RCL |
| ) | |
| ANTHONY MICHAEL MAZZIO  ) | |

### NOTICE OF SENTENCING EXHIBIT

**MR. ANTHONY MICHAEL MAZZIO,** by undersigned counsel, provides Notice of the filing of a Sentencing Video, in support of his position at the sentencing hearing scheduled for September 22, 2022 at 3:00 p.m..

The video is an mp4 file and approximately seven minutes long.   It is named "Mazzio Sentencing Materials" and is filed in USAfx.app.box.com.

        Respectfully submitted,

        <u>/s/Christine A. Freeman</u>
        **CHRISTINE A. FREEMAN**
        **TN BAR NO.: 11892**
        Federal Defenders
        Middle District of Alabama
        817 South Court Street
        Montgomery, AL 36104
        TEL:   (334) 834-2099
        FAX:   (334) 834-0353
        E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org