IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )   CASE NO.: 1:22-cr-214-RCL |
| | ) |
| ANTHONY MICHAEL MAZZIO | ) |

**NOTICE OF ADDITIONAL SENTENCING EXHIBITS**

**MR. ANTHONY MICHAEL MAZZIO,** by undersigned counsel, provides Notice of the filing of the attached letters, in support of his position at the sentencing hearing scheduled for September 22, 2022 at 3:00 p.m.

These letters consist of letters of support from (1) his father, Anthony Mazzio, Sr., and (2) his cousin, Patricia Santos.

Respectfully submitted,

/s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org