Anthony M Mazzio SR.
423 Hwy 466 apt. 24207
Lady Lake Fl. 32159
anthonymazziosr@gmail.com

September 15, 2022

The Honorable Chief Judge Royce C. Lamberth
Judge of the Superior Court of The United States

Re: United States v Anthony Michael Mazzio JR.
Criminal Case No. 22-mi-68- Violation of Title 40

Dear Judge, My name is Anthony Michael Mazzio sr. I am a Pressman/Printer and Imaging Technician for The Daily Sun NewsPaper and have Served my Community for the Past 16 Years.

I am the father of Anthony Michael Mazzio Jr, My Son Anthony is A devoted husband and father to my 3 wonderful grandChildren and the best brother my 2nd child Matthew Could ever ask for, he is always there at every corner without

waivering. I could not be more prouder to have him as a Son. Anthony works hard with a fantastic work ethic, which has allowed him to start build and maintain his own business, It is a tough business, very physical That he is good at. Although he has made mistakes in life as many of us have, I can honestly say I observed him make the necessary corrections and adjustments to better himself and grow. In my opinion thats the way we become a better person. Self evaluation, and learning from our mistakes. Like the one That was made on January 6.th Anthony is a Proud man and a Proud American who I honestly believe got caught up in the moment, a moment in which a lot of the Country even the world was hurting, scared and confused, I know I was. I spoke with Anthony before that day Jan. 6th and at no time did he ever convey to me that he would take part in any violent behavior, on the contrary he had concerns of the violence

that was already happening in Parts of the Country. I know in my heart, his intentions were pure, I believe one of his best qualitys as a human is the empathy he has for people, Total strangers, and the respect he has for his elders. Your Honor my son Anthony who I love with all my heart, Is truly a kind and caring man,

Respectfully Yours
Anthony Michael Mazzio sr.