### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE DISTRICT OF COLUMBIA
### NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO.: 1:22-cr-214-RCL |
| | ) | |
| ANTHONY MICHAEL MAZZIO | ) | |

### NOTICE OF ADDITIONAL SENTENCING EXHIBIT/LETTER

**MR. ANTHONY MICHAEL MAZZIO,** by undersigned counsel, provides Notice of the filing of the attached letter, in support of his position at the sentencing hearing scheduled for September 22, 2022 at 3:00 p.m.

This exhibit is a letter of support from Patricia King, neighbor.

Respectfully submitted,

/s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

1

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 20, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

     Respectfully submitted,

**/s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org