9/20/22

To Whom It May Concern:

I am writing you today regarding Anthony Mazzio and his sentencing. I have known Mr. Mazzio since 2008. Through that fourteen-year relationship I have seen many positive qualities about Mr. Mazzio.

He has raised a child, since birth, as his own, that is not biologically his and has had two children of his own. During that time, he has taught them what hard work and reliability is about. He has tried to steer them in the right direction to stand up for themselves, others, and their country. To stand up for their beliefs and to stand up for right now wrong.

When I first met him, he was working on a floor in a rental house he was living in. I asked him why he would be doing that in a rental. He said to me, "Anything worth having is worth working hard for". That has always been one thing that has stuck with me through the years. He has continued to work hard over the years. Putting money and time into many houses over the years, making improvements that only benefit him while living there, and then allowing the landlord/owner to profit from his materials, skill, and time. Since then, I have watched him build his own flooring business.

I think that children are a very good indicator of whether a person is good or not. Since I've been blessed with my own special needs twins, I have learned to watch and listen to how they react to people. My twins are 3 ½ years old, both special needs, one more so than the other. My more severe twin LOVES Mr. Mazzio. Mr. Mazzio was the first person outside of immediate family that he bonded with, smiled at, and was just intrigued and amazed by. That to me, says a lot about Mr. Mazzio.

We all stumble, and sometimes we fall. I believe Mr. Mazzio fell, and that he will be able to pick himself up and come back better from this. I ask you to take his three children into consideration when you sentence him. Three people that depend on him to be there every single day. I ask you to take my children in to consideration, he is one person they truly love to be around and that doesn't come easily for my kids. As the soul provider for his family, he is needed.

Sincerely,

*Patricia King*

Patricia King