**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **V.** | **)** | **CASE NO.: 1:22-cr-214-RCL** |
| | **)** | |
| **ANTHONY MICHAEL MAZZIO** | **)** | |

## MOTION TO CONTINUE SENTENCING HEARING

**MR. ANTHONY MICHAEL MAZZIO,** by undersigned counsel, moves the Court to

reset the sentencing hearing now scheduled for September 22, 2022 at 3:00 p.m., to a time and

date when all parties and the Court may appear in person.   This motion is based on the

understanding that the Court is unable to conduct the September 22 hearing in person, but has

offered the parties an option to appear by zoom.   Mr. Mazzio respectfully asks to conduct the

hearing in person.

Respectfully submitted,

**/s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2022, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send notification of such filing to all

counsel of record.

Respectfully submitted,

**/s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org