UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ANTHONY MICHAEL MAZZIO,

    *Defendant.*

Case No. 1:22-CR-214-RCL

## ORDER

It is hereby **ORDERED** that the defendant's [47] Motion to Reschedule Date of Surrender to Serve Sentence is **GRANTED IN PART** and **DENIED IN PART**.

The Motion is **GRANTED** as to the delay of the defendant's surrender date. Therefore, the defendant's surrender date is delayed until after January 1, 2023.

The Motion is **DENIED** as to the designation of a facility. This Court does not have the authority to instruct the Bureau of Prisons as to where to assign the defendant. Instead, the Court has recommended that the Bureau of Prisons select a facility as close as possible to Dothan, Alabama. *See* ECF No. 41. That is the limit of what this Court can and will do.

**IT IS SO ORDERED.**

Date: October 31, 2022

                                                  Royce C. Lamberth
                                                  United States District Judge