IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO.: 1:22-cr-214-RCL |
| | ) | |
| ANTHONY MICHAEL MAZZIO | ) | |

### DEFENDANT'S RE-SENTENCING MEMORANDUM

**MR. ANTHONY MICHAEL MAZZIO,** by undersigned counsel, provides the following updated information to the Court for consideration at his re-sentencing, in addition to the memorandum, letters, and video presented to the Court for the original sentencing. (Docs. 29, 30, 36, 37, 38).

Mr. Mazzio is thirty-seven years old. He is self-employed and provides for his family through his work as a flooring installer. He and his partner Carol Pioppo share three children and are co-custodians of three additional children. Mr. Mazzio and Carol continue to share custody of Mr. Mazzio's young niece and nephew with the children's grandmother. And Carol recently was made the court-ordered custodian of a friend's twelve-year-old son, who is now living with Anthony and his family. The photo below shows Carol and all six children in the family car, while Anthony drives.



1

Procedural History

Mr. Mazzio was arrested in the Middle District of Alabama on a criminal complaint related to this charge on April 4, 2022. (Doc. 5).   He waived his right to a preliminary hearing and was released on an unsecured bond with pretrial supervision, on April 12, 2022.   (Docket Minute Entry, Doc. 10).   He filed his notice of his intent to change his plea to guilty to an Information, on June 13, 2022. (Doc. 19).   He waived indictment on June 17, 2022.   (Doc. 23). And he entered his guilty plea pursuant to a written plea agreement on June 24, 2022. (Doc. 26).

On October 5, 2022, Mr. Mazzio appeared before this Court for sentencing and received a sentence of sixty days' incarceration and three years' probation.   (Doc. 41).   Mr. Mazzio filed a notice of appeal (Doc. 45) and a motion to reschedule his date of surrender (Doc. 47).   This Court extended the date of surrender (Doc. 48) and Mr. Mazzio reported to FCI Forrest City Low in Forrest City, Arkansas on or about January 2, 2023.

While in prison, Mr. Mazzio had no disciplinary sanctions.   He was released from the Bureau of Prisons on March 1, 2023.   He returned to his home in Midland City, Alabama, and is supervised by U.S. Probation officer, Mr. Seth Spooner.

Mr. Mazzio's appeal addressed the legality of a sentence imposing both incarceration and probation.   Following the filing of Mr. Mazzio's appellate brief, Mr. Mazzio and the United States filed a joint motion to hold the appeal in abeyance, pending the appellate court's decision on the appeal of *United States v. James Little*, No. 22-3018.   Following the decision in *Little* and the issuance of the mandate in that case, Mr. Mazzio and the United States filed a joint motion to remand Mr. Mazzio's case to this Court for resentencing.   On January 8, 2024, the appellate court remanded this case and issued the mandate in that appeal.   On January 12, 2024, this Court scheduled this matter for resentencing on January 31, 2024 at 11:00 a.m.

Performance on Supervision

Mr. Mazzio has never denied his own wrongdoing or this Court's authority to impose a punishment for his crime. While on supervision by U.S. Probation officers, Mr. Mazzio has complied with all requirements. He has maintained a stable home and continuous employment, returning to his work installing floors, as a self-employed, independent contractor. He maintains required contact with his U.S. Probation officer. He paid the $10 assessment fee and the $500 restitution ordered by the Court. He has never failed a drug test. Mr. Spooner expresses complete satisfaction with Mr. Mazzio's performance on supervision.

Of course the imposition of incarceration was difficult for Mr. Mazzio's family, as it is for any prisoner. He was housed over 500 miles from his home. Due to his incarceration, the family's income dramatically decreased. Carol put her plans for further education on hold[1] and obtained work as a medical scribe for a local doctor's office. The family was fearful for their safety in Mr. Mazzio's absence, especially because their son had been assaulted and robbed by other teenagers and when the family reported the crime to the police, they were threatened by the assailants.[2]

But Mr. Mazzio reported to serve his sentence, served it, and returned to supervision. His family survived and they are doing well. His stepdaughter is now a senior in high school, his son is a sophomore, and his youngest daughter is in first grade. His son changed schools due to the assault last year. But the change of schools has been good for him, and his son is doing well. Mr. Mazzio and Carol continue to share custody of Mr. Mazzio's young niece and

---

[1] At the time of Mr. Mazzio's sentencing in October 2022, he and Carol had planned for Carol to enroll in a local community college, to obtain her associate's degree. (Doc. 30 at 6).
[2] (Doc. 30 at 7).

nephew with the children's grandmother. And Carol recently was made the court-ordered custodian of a friend's twelve-year-old son, who is now living with Anthony and his family.

Mr. Mazzio is prepared to face the Court again for resentencing, stating that, whatever the outcome, "I'll do my best to get through it."

<u>Sentencing Factors</u>

As this Court is fully aware, the Court must consider the purposes of sentencing listed in 18 U.S.C. § 3553(a), including "the need for the sentence imposed" (A) "to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;" (B) "to afford adequate deterrence to criminal conduct; and (C) "to protect the public from further crimes of the defendant."

As of January 31, 2024, Mr. Mazzio will have completed five months and 23 days of pretrial supervision, sixty days of incarceration, and fourteen months of post-sentencing supervision/probation[3]  -- all without incident.   He complied with every condition of the terms of pretrial release and supervision by a pretrial Probation Officer.   He followed every rule of the Bureau of Prisons.   He has met every requirement of his post-sentencing supervision by a supervising Probation Officer.   He has served fourteen months of his 36-month term of probation.   He has maintained stable employment and stable housing. He has submitted negative drug tests and paid all financial obligations imposed by the Court.

Prior to and at the time of his original sentencing, Mr. Mazzio expressed remorse for his conduct on January 6, 2020.   He has not misinterpreted or misrepresented what happened. He

---

[3] Mr. Mazzio was supervised on probation for the three months after the sentencing on October 5 and prior to his reporting to the Bureau of Prisons in January 2023.   He resumed this supervision on probation when he was released from the Bureau of Prisons on March 1, 2023 and has remained on supervision for the eleven months since that date.

4

has not argued that he or others who broke the law on January 6 did nothing wrong.

By all of his actions since his arrest on April 4, 2022, Mr. Mazzio has shown acceptance of responsibility and awareness of the wrongfulness of his crime.   He has demonstrated that the Court can have confidence his current and future conduct will be law-abiding.

Whatever the Court decides, Mr. Mazzio will have the strong support of his family.



Respectfully submitted,

/s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
817 South Court Street

5

>Montgomery, AL 36104
>TEL:   (334) 834-2099
>FAX:   (334) 834-0353
>E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record and the U.S. Probation officer.

>Respectfully submitted,
>
>**/s/Christine A. Freeman**
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Federal Defenders
>Middle District of Alabama
>817 South Court Street
>Montgomery, AL 36104
>TEL:   (334) 834-2099
>FAX:   (334) 834-0353
>E-Mail: Christine_Freeman@fd.org