IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO.: 1:22-cr-214-RCL |
| ) | |
| ANTHONY MICHAEL MAZZIO ) | |

**MOTION FOR TERMINATION OF SUPERVISION**

**Mr. Anthony Mazzio,** through Undersigned Counsel, respectfully moves the Court for termination of his term of supervised release, pursuant to 18 U.S.C. §3583 (e) (1). This motion is supported by the following:

1. On April 4, 2022, Mr. Mazzio was arrested near his home in Alabama on a charge arising out of his participation in the January 6, 2020 events at the U.S. Capitol. (Doc 5).

2. Mr. Mazzio was released from custody on conditions, under the courtesy supervision of the U.S. Probation Office for the Middle District of Alabama. (Doc. 10).

3. On June 13, 2022, Mr. Mazzio filed notice of his intent to plead to an Information charging a violation of 40 U.S.C. § 5104(e)(2)(G). (Docs. 19, 20).

4. Mr. Mazzio waived his right to Indictment and entered into a written plea agreement. (Docs. 25, 26).

5. On October 5, 2022, this Court conducted a sentencing hearing and imposed a sentence of 60 days in the Bureau of Prisons and 36 months on probation, as well as $500 in restitution. (Doc. 41).

6. Mr. Mazzio completed serving his prison sentence on March 1, 2023.

7. On January 8, 2024, the U.S. Court of Appeals remanded this matter for resentencing. (Doc. 49).

8. At the resentencing hearing before this Court on January 31, 2024, this Court imposed a sentence of forty-six months on probation with credit for thirty-four months and noted that Mr. Mazzio had already paid the $500 restitution and the $10 assessment fee.  (Minute Entry; Doc. 52).

9. Mr. Mazzio has thus been on probation for over nine months since the resentencing.  And he has been on supervision of one kind or another, without any violations, since his arrest in April 2022.

10. Mr. Mazzio has had stable community integration. He continues to live with his wife Carol and their children in their house in Midland City, Alabama.

11. Mr. Mazzio has a stable income.  Both before and after his arrest, he had been self-employed for several years as an independent contractor with Lowe's Hardware.  Mr. Mazzio installs floors in housing and commercial buildings and continues this work today.

12. Mr. Mazzio continues to support and care for his stepdaughter, his two biological children, and his brother's son and daughter.

13. Mr. Mazzio is in regular communication with his probation officer. He has not had any violations or issues while on supervision.

14. Mr. Mazzio rarely drinks alcohol and he has passed all drugs tests while on supervision.

15. As noted, Mr. Mazzio has completed payment of the financial obligations imposed on him by the Court.

16. Under 18 U.S.C. §3583 (e), this Court may, after one year of supervision and upon considering the factors in specified provisions of 18 U.S.C. § 3553(a),

terminate a period of supervised release.

17. Probation officers are instructed that they should consider the suitability for early termination of offenders as soon as they are statutorily eligible. The Judicial Conference has identified the following criteria to assess eligibility for early termination:

   a. Stable community reintegration (e.g., residence, family, employment);
   b. Progressive strides toward supervision objectives and in compliance with all conditions of supervision;
   c. No aggravated role in the offense of conviction, particularly large drug, or fraud offenses;
   d. No history of violence (e.g., sexually assaultive, predatory behavior, or domestic violence);
   e. No recent arrests or convictions (including unresolved pending charges) or ongoing, uninterrupted patterns of criminal conduct;
   f. No recent evidence of alcohol or drug abuse;
   g. No recent psychiatric episodes;
   h. No identifiable risk to the safety of any identifiable victim; and
   i. No identifiable risk to public safety.[1]

18. It is defense counsel's understanding that Mr. Mazzio's supervising probation officer in the Middle District of Alabama supports his request for early termination of probation.

19. Mr. Mazzio meets these criteria. As described above, he has stable community integration, complies with all supervision directions and objectives, and has had no arrests since his release from prison. He does not abuse drugs or alcohol.  He has a supportive wife, family,

---

[1] Guide to Judiciary Policy, Vol. 8E, Ch. 3 § 380.10(b), "Early Termination" (Monograph 109) (rev'd 2010).

and neighbors.  He does not pose a risk to the safety of the community.

20. Although Mr. Mazzio is due to complete his probation term in less than one year, he seeks early termination so that his family may relocate to Lake Wales, Florida. Mr. Mazzio wishes to move closer to his grandparents and to his wife's parents, who need his assistance.[2] Mr. Mazzio's work for Lowe's will transfer to the Lowe's flooring business in Florida.

21. Based on the foregoing circumstances and factors, Mr. Mazzio respectfully requests that the Court order his term of probation to be terminated under 18 18 U.S.C. § 3553(e).

**WHEREFORE**, Mr.  Mazzio asks that this motion be granted.

Respectfully submitted,

<u>/s/Christine A. Freeman</u>
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

---

[2] Mr. Mazzio's grandfather has Alzheimer's and his grandmother needs assistance as well.

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

> Respectfully submitted,
> /s/Christine A. Freeman
> CHRISTINE A. FREEMAN
> TN BAR NO.: 11892
> Federal Defenders
> Middle District of Alabama
> 817 South Court Street
> Montgomery, AL 36104
> TEL: (334) 834-2099
> FAX: (334) 834-0353
> E-Mail: Christine_Freeman@fd.org