UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **ANTHONY MICHAEL MAZZIO, JR.**, <br><br> *Defendant*. | Case No. 22-cr-214-RCL |

## ORDER

On January 6, 2021, Anthony Michael Mazzio, Jr., adorned in a gas mask and body armor, participated in the mob that illegally stormed the United States Capitol. *See* Statement of Offense, ECF No. 27; United States' Sentencing Memorandum 10, ECF No. 33. On June 24, 2022, Mr. Mazzio pleaded guilty to Parading, Demonstrating, or Picketing in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(g). Plea Agreement 1, ECF No. 26. On October 5, 2022, this Court sentenced Mr. Mazzio to 60 days' incarceration and a three-year term of probation. Judgment 2–3, ECF No. 41. On January 31, 2024, after a remand from the Court of Appeals for the D.C. Circuit, this Court resentenced Mr. Mazzio to a 46-month term of probation, with credit for 34 months. Am. Judgment 2, ECF No. 52. At present, Mr. Mazzio remains on supervised release under the auspices of the U.S. Probation Office for the Middle District of Alabama.

On September 5, 2024, Mr. Mazzio moved for early termination of his supervised release term pursuant to 18 U.S.C. § 3583(e)(1). In short, he argues that his conduct since resentencing has been fully compliant with his conditions of supervised release; that his family support, community integration, and stable employment show that he would present no risk to the community if his supervision were to be terminated early; and that he wishes to relocate to Florida to be closer to his grandparents and parents in-law. *See generally* Mot. for Early Termination of

1

Probation, ECF No. 54.  The Government opposes this Motion, arguing that Mr. Mazzio's compliance and general good conduct during his period of supervised release does not constitute grounds for early termination; that the sentencing factors outlined in 18 U.S.C. § 3553(a) do not favor early termination; and that the Court may facilitate Mr. Mazzio's intended relocation to Florida by transferring responsibility for his supervision to the Middle District of Florida.  *See generally* Opp'n, ECF No. 55.

Because the Court agrees with the Government, Mr. Mazzio's Motion is **DENIED**.  As the Government aptly points out, compliance with terms of supervised release is expected of those serving probation for a criminal offense.  Commendably, Mr. Mazzio evidently has employment, a family, a stable residence, and no problems with drugs or alcohol.  However, as reflected in the Presentence Report, these circumstances are not substantially different from those prevailing when the Court sentenced Mr. Mazzio.  *See* Revised Final Presentence Report 9–11, ECF No. 35.  Indeed, the Court is aware of only two important differences between the present day and the day when Mr. Mazzio chose to participate in the Capitol riots, neither of which favor his cause:  First, Mr. Mazzio has now demonstrated a willingness to participate in unlawful activities, and second, a presidential election is now looming.  In all other respects, the Court's analysis of the Section 3553(a) factors is unchanged from the time of Mr. Mazzio's sentencing.  Therefore, the Court sees no reason to alter its sentence.

As for Mr. Mazzio's desire to move to Florida, his supervised release is not necessarily a barrier to him doing so.  Mr. Mazzio can move to have his supervision (but not this Court's jurisdiction over his case) transferred to the Middle District of Florida, which the Government has suggested it would not oppose.  Opp'n at 4.  If and when Mr. Mazzio moves the Court to do so, the Court will consider his motion and any opposition thereto.

Therefore, upon consideration of the defendant's Motion [54] for Early Termination of Probation and the Government's response thereto, and the entire record herein, it is hereby

**ORDERED** that the defendant's Motion is **DENIED**.

Date: October 25, 2024

Royce C. Lamberth
United States District Judge